| | | | |
|---|---|---|---|
| Com. v. Minch .................... | 1626 WDA 2014<br>Affirmed | 10/12/2016 | CP–02–CR–0008111–2009<br>(Allegheny) |
| Com. v. Spell ..................... | 1011 WDA 2015<br>Affirmed | 10/12/2016 | CP–37–CR–0000603–2007<br>(Lawrence) |
| Com. v. Brower ................... | 1132 WDA 2015<br>Affirmed | 10/12/2016 | CP–02–CR–0008604–2014<br>(Allegheny) |
| Com. v. Sweeney ................. | 1764 WDA 2015<br>Affirmed | 10/12/2016 | CP–11–CR–0000759–2006<br>(Cambria) |
| Com. v. Slater ................... | 1934 WDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/12/2016 | CP–02–CR–0008089–2007<br>(Allegheny) |
| Cappiali and Blumenthal, P.C. v. Nichols ............................. | 2205 EDA 2015<br>Affirmed | 10/13/2016 | No. 2013–1033<br>No. 2013–902<br>(Delaware) |
| Com. v. Lawson [12] ................ | 763 EDA 2016<br>Affirmed | 10/13/2016 | CP–46–CR–0000542–2009<br>(Montgomery) |
| Com. v. Sever .................... | 1153 MDA 2015<br>Affirmed | 10/13/2016 | CP–67–CR–0000094–2010<br>(York) |
| Com. v. Jones .................... | 1673 MDA 2015<br>Affirmed | 10/13/2016 | CP–01–CR–0000103–2009<br>(Adams) |
| Com. v. Peno .................... | 1795 MDA 2015<br>Affirmed | 10/13/2016 | CP–22–CR–0002996–1996<br>(Dauphin) |
| Martin v. Bailey [13] ............... | 2049 MDA 2015<br>Affirmed | 10/13/2016 | 2010–CV–04624–CV<br>(Dauphin) |
| Com. v. Holzapfel ................ | 34 MDA 2016<br>Affirmed | 10/13/2016 | CP–01–CR–0000301–2015<br>(Adams) |
| Com. v. Govan [14] ................ | 148 MDA 2016<br>Affirmed | 10/13/2016 | CP–22–CR–0000735–1996<br>CP–22–CR–0000905–1996<br>(Dauphin) |
| Com. v. Gyetvai [15] ............... | 226 MDA 2016<br>Affirmed | 10/13/2016 | CP–35–CR–0003461–2007<br>(Lackawanna) |

12. Petition for reargument denied December 20, 2016.
13. Petition for reargument denied December 21, 2016.
14. Petition for reargument denied December 22, 2016.
15. Petition for reargument denied December 22, 2016.